UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

FILED
JAN 29 2015

CLERK

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER, PURSUANT TO 18
U.S.C. § 2705(b), PROHIBITING
FACEBOOK, INC., AN ELECTRONIC
COMMUNICATIONS PROVIDER, FROM
NOTIFYING ANY PERSON, INCLUDING
THE SUBSCRIBER, OF THE EXISTENCE
OF A SUBPOENA.

**SEALED ORDER**

15-MC-11

WHEREAS an application has been made by Assistant United States Attorney Jeffrey C. Clapper, for the District of South Dakota, pursuant to Title 18, United States Code, § 2705(b) for an order prohibiting Facebook, Inc., an electronic communications service provider, from providing notice to any person, including the subscriber, any information about this investigation or this Application and Order entered in connection therewith;

IT IS HEREBY ORDERED that pursuant to Title 18, United States Code, Section 2705(b) that Facebook, Inc. shall not disclose the existence of the Application and/or Order of the Court, the Federal grand jury subpoena, or the existence of the investigation, to the listed subscriber or to any other person (except as necessary to carry out this Order) unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the notification by the Government otherwise required pursuant to 18 U.S.C. § 2703(b)(1)(B) be delayed for a period

of ninety days.

IT IS FURTHER ORDERED that the Application and this Order be filed under seal for 180 days at which time the Clerk of Courts is directed to automatically unseal the Application and Order unless otherwise ordered by the Court. The United States may move for an extension of the period for sealing before the expiration of 180 days from the date of this order.

Dated at Sioux Falls, South Dakota on January 29, 2015.

BY THE COURT:

VERONICA L. DUFFY

UNITED STATES MAGISTRATE JUDGE

DISTRICT OF SOUTH DAKOTA